Submitted July 29, affirmed August 25, 2010, petition for review denied February 3, 2011 (349 Or 602)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JANET LENNELL HUCKABEE,
*Defendant-Appellant.*

Coos County Circuit Court
08CR0486; A140355

238 P3d 418

Peter Gartlan, Chief Defender, and Shawn E. Wiley, Chief Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Samuel A. Kubernick, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Brewer, Chief Judge, and Armstrong, Judge.

PER CURIAM

Affirmed. *State v. House,* 37 Or App 131, 586 P2d 388 (1978); *State v. Jim / White,* 13 Or App 201, 508 P2d 462 (1973).